■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY TAYLOR, Appellant. [718 NYS2d 922] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREL WOODWORTH, Appellant. [718 NYS2d 691] —Judgment unanimously modified on the law and as modified affirmed and matter remitted to Steuben County Court for further proceedings in accordance with the following Memorandum: As conceded by the People, County Court erred in ordering restitution without a hearing. We therefore modify the judgment by vacating the amount of restitution, and we remit the matter to Steuben County Court for a hearing to determine the amount of restitution (*see, People v Dibble* [appeal No. 2], 277 AD2d 969; *People v Wilson,* 275 AD2d 1035; *see generally, People v Consalvo,* 89 NY2d 140, 144; Penal Law § 60.27 [2]; CPL 400.30). The sentence is not unduly harsh or severe, nor was it improperly influenced by the victims' statements at sentencing (*see,* CPL 380.50 [2] [b]; *cf.,* CPL 390.30 [3] [b]; *see generally, People v Oyola,* 215 AD2d 597, 597-598). (Appeal from Judgment of Steuben County Court, Bradstreet, J.—Burglary, 2nd Degree.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.